# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-0091-16** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **EDDIE RODRIGUEZ-MELENDEZ,** | : | |
| **Defendant** | : | |

## **O R D E R**

AND NOW, this 24th day of June, 2013, upon consideration of the concurred in motion for leave to withdraw as court-appointed counsel (Doc. 631), filed by Attorney Guillermo L. Bosch, counsel for defendant Eddie Rodriguez-Melendez in the above-captioned action, and following consultation with the Federal Public Defender's Office to confirm the availability of replacement counsel for defendant Rodriguez-Melendez, it is hereby ORDERED that:

1. Attorney Bosch's motion to withdraw as counsel (Doc. 631) is GRANTED.

2. The appointment of Guillermo L. Bosch, Esquire, as counsel for the defendant is TERMINATED.

3. Dennis E. Boyle, Esquire, of Boyle Litigation, 4660 Trindle Road, Suite 200, Camp Hill, PA 17011, telephone number (717)737-2430, is hereby APPOINTED to represent the defendant in the above-captioned case.

3. The Clerk of Court is directed to forward all necessary materials to Attorney Boyle, as soon as possible.

4. Attorney Bosch is directed to provide the file in the above-captioned case to Attorney Boyle, as soon as possible.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
